AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

AIRPORT ROAD, LLC

V.

FRANKEN REALTY, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 085 ML

TO: (Name and address of Defendant)

Frank Rawcliffe
11 Fatima Road
Warwick, Rhode island

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Moses (#2763)
Stephen A. Izzi (#2928)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903
Ph: (401) 453-3600
Fx: (401) 453-3604

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3/9/07
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/12/07 |
| NAME OF SERVER *(PRINT)* Daryl G. Jamieson | TITLE U.S. Federal Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): Attorney on record John Longo Esq.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 6 miles @ .42¢ mile | 45 — | 47.52 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/12/07
Date

Daryl G. Jamieson
Signature of Server

685 Main St Woonsocket RI 02895
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.