**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| | : | |
| **VS.** | : | **C.A. No. 07-085ML** |
| | : | |
| **FRANKEN REALTY, a Rhode Island General Partnership consisting of Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, and JAYBEE REALTY, LLC, a Rhode Island limited liability company** | : | |

**ENTRY OF APPEARANCE**

The undersigned hereby enters their appearance for the Defendant, JayBee Realty, LLC.

Defendant,
JayBee Realty, LLC
By its attorneys,

/s/ Joseph A. Sciacca
Joseph A. Sciacca #3367
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com

/s/ Gregory P. Piccirilli
Gregory P. Piccirilli #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

**CERTIFICATION**

I hereby certify that on March 28, 2007, I sent a true copy of the within by electronic mail to the following:

Thomas V. Moses, Esq.
Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street
Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

/s/ Gregory P. Piccirilli