**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| | : | |
| **VS.** | : | **C.A. No. 07-085ML** |
| | : | |
| **FRANKEN REALTY, a Rhode Island General Partnership consisting of Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, and JAYBEE REALTY, LLC, a Rhode Island limited liability company** | : | |

**STIPULATION**

The undersigned hereby stipulate and agree that the Defendant, JayBee Realty, LLC, shall have up to and including April 13, 2007, to answer or otherwise respond to Plaintiff's complaint.

Plaintiff,
Airport Road, LLC
By its attorneys,

/s/ Steven A. Izzi, Esq.
Steven A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street
Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

/s/ Gregory P. Piccirilli
Gregory P. Piccirilli #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

Dated: March 28, 2007