UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Airport Road, LLC,
Plaintiff,

vs. CA 07 085 ML

Franken Realty, Coval Kenneth Wild,
Doug Laing and Frank Rawcliffe, and
Jay Bee Realty, LLC.,
Defendants.

---

**Stipulation Extending Answer Date**

Pursuant to Local Rule 29, the Plaintiff Airport Road, LLC, and the Defendants Franken Realty, Coval Kenneth Wild, Doug Laing and Frank Rawcliffe, hereby stipulate that the time within which those Defendants have to file an Answer or a responsive pleading shall be extended through April 27, 2007. The requesting parties affirm that these Defendants were served on March 12, 2007, and April 27, 2007 is not more than 30 days after a responsive pleading was originally due.

Airport Road, LLC,
By its attorney,

/s/______________________________
Stephen A. Izzi, Esq. #2928
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

Franken Realty, Coval Kenneth Wild,
Doug Laing and Frank Rawcliffe,
By their Attorney,

/s/____________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

Date: April 13, 2007

## Certification

I certify that on ____4/13/07_____ I electronically filed the above Stipulation with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System.

The following participants received notice electronically:

Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

The following participants were mailed notice via first class mail:

Thomas V. Moses
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903

Joseph Sciacca, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com

/s/________________________
John T. Longo, Esq./#4928
jtlongo@yahoo.com