**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| **Plaintiff** | : | |
| **VS.** | : | **C.A. No. 07-085ML** |
| | : | |
| **FRANKEN REALTY, a Rhode Island** | : | |
| **General Partnership consisting of** | : | |
| **Coval Kenneth Wild, Jr., Doug Laing** | : | |
| **and Frank Rawcliffe, and** | : | |
| **JAYBEE REALTY, LLC, a Rhode Island** | : | |
| **limited liability company** | : | |
| **Defendants** | : | |

**ANSWER TO CROSS-CLAIM AND CROSS-CLAIM OF DEFENDANT, JAYBEE REALTY, LLC. TO DEFENDANTS FRANKEN REALTY, COVAL KENNETH WILD, JR., DOUG LAING AND FRANK RAWCLIFFE**

Defendant, JayBee Realty, LLC., by and through its attorneys, states its Answer to Cross-Claim, and Cross-Claim to the Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, as follows:

78. Defendant, JayBee Realty, admits that it entered into an agreement with Defendant Franken Realty with regard to the purchase of the property that is the subject matter of this litigation, but denies that said agreement requires Defendant JayBee Realty, to defend or indemnify Defendant Franken Realty from any claims that the Plaintiff has asserted in this litigation.

79. Admit.

80. Admit.

81. Admit.

82. Denied.

## COUNT I

## INDEMNIFICATION

83. Admit.

84. Admit.

85. Defendant JayBee admits that the "Environmental Indemnification"requires it to indemnify, defend and hold harmless Franken from claims asserted against Franken by any state or federal agency, but denies that the "Environmental Indemnification" requires Defendant JayBee to indemnify, defend and hold harmless Franken from claims asserted against Franken by private parties, such as Plaintiff Airport Road.

86. Admit.

87. Denied.

WHEREFORE, Defendant respectfully requests that this Court enter judgment for Defendant JayBee and against Defendant Franken Realty, and award Defendant JayBee its costs and attorney's fees.

## CROSS-CLAIM

89. Defendant JayBee Realty asserts this cross-claim against Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, alleging that any and all claims of Plaintiff Airport Road asserted in this litigation are the responsibility of Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, and not the responsibility of Defendant JayBee Realty.

90. All of the allegations of Plaintiff Airport Road involve contamination caused by the activities of Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank

Rawcliffe, and not by Defendant JayBee Realty.

91. Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe are liable to Defendant JayBee Realty for indemnification and contribution for any and all claims and judgments, costs and attorneys' fees, that Plaintiff Airport Road may have against Defendant JayBee Realty as a result of this litigation.

WHEREFORE, Defendant respectfully requests that this Court enter judgment for Defendant JayBee and against Defendants Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, and award Defendant JayBee its costs and attorney's fees.

**DEFENDANT JAYBEE REALTY REQUESTS A TRIAL BY JURY AS TO ALL ISSUES SO TRIABLE.**

Defendant,
JayBee Realty, LLC
By its attorneys,

/s/ Joseph A. Sciacca
Joseph A. Sciacca #3367

/s/ Gregory P. Piccirilli
Gregory P. Piccirilli #4582

SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com
gregory@splawri.com

**CERTIFICATION**

I hereby certify that on May 7, 2007, I sent a true copy of the within by electronic mail to the following:

Thomas V. Moses, Esq.
Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908
jtlongo@yahoo.com

/s/ Gregory P. Piccirilli