**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-00085 ML** |
| | : | |
| **FRANKEN REALTY,** | : | |
| **a Rhode Island General Partnership** | : | |
| **consisting of Coval Kenneth Wild, Jr.,** | : | |
| **Doug Laing, and Frank Rawcliffe, and** | : | |
| **JAY BEE REALTY, LLC, a Rhode Island** | : | |
| **limited liability company** | : | |
| **Defendants** | : | |

**RULE 16 CONFERENCE STATEMENT OF AIRPOST ROAD, LLC**

Plaintiff, Airport Road, LLC has filed a cost recovery action against FRANKEN REALTY, and its individual partners, and JAY BEE REALTY, LLC arising under the Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA"), title 42, section 9601 *et seq*. of United States Code, as amended, and under related Rhode Island law and statutes .

AIRPORT ROAD, LLC owns real property in Warwick, Rhode Island abutting Hallene Road and Airport Road, further designated as Lots 138 and 191 on Warwick Tax Assessors Plat Map 311 (“Plaintiff’s Land”). JAY BEE REALTY, LLC, currently owns real property in Warwick, Rhode Island at 450 Pavillion Avenue, further designated as Lots 245 and 246 on Warwick Tax Assessor’s Plat Map 311 (“Defendant’s Land”). FRANKEN REALTY owned Defendant’s Land until January 16, 2007

Plaintiff’s Land is an approximately forty-seven acre site consisting of two contiguous parcels, shown on Warwick Tax Assessor’s Plat Map 311, Lots 191 and 138.

Defendant's Land is an approximately four and one-half acre site located on Hallene Road and Pavillion Avenue in Warwick, Rhode Island. Defendant's Land contains an industrial building containing 28,939 square feet. The Defendant's Land is occupied by a manufacturing building and a storage garage. The rest of the property is mostly paved. An unpaved area with soil staining was formerly occupied by a lagoon and a temporary sludge storage area. Hazardous substances from the Defendant's Land, including, but not limited to, trichloroethylene, cis-1, 2-dichloroethene, trichloroethane, tetrachloroethylene, trans-1, 2-dichloroethylene, 1, 1-dichloroethane, arsenic, barium, chromium, lead, mercury, selenium, cadmium, and petroleum hydrocarbons, have contaminated both the soil and subsurface aquifers which underlie both the Defendant's Land and the Plaintiff's Land.

AIRPORT ROAD, LLC has performed a removal site evaluation for the release and threatened release of hazardous substances. As the result of an administrative proceeding instituted by the USEPA and the Rhode Island Department of Environmental Management, a portion of the Site is designated "Environmental Land Use Restriction Area." To resolve the administrative proceeding, an environmental land use restriction for soil and groundwater restriction was recorded in Warwick Deed Book 3028, Page 293 on November 17, 1998.

AIRPORT ROAD, LLC has incurred or will incur costs in performing a site evaluation, in drilling monitoring wells, excavating contaminated soils, disposing contaminated soils, pumping and treating the groundwater and for further relevant costs for remediating the Plaintiff's Land.

The legal issues that this case addresses is whether any or all of the Defendants is liable to the Plaintiff for the contamination of the Plaintiff's Land under a CERCLA cost recovery action (42 U.S.C. § 9607(a) or 42 U.S.C. § 9613(f)) or under state law actions sounding in negligence, public nuisance, private nuisance, trespass, equitable indemnification, diminution of value of the Plaintiff's land, strict liability or violation of the Rhode Island Water Pollution Control Act. Other legal issues that this case addresses is whether Jay Bee Realty is immune from liability under the bona fide prospective purchaser doctrine.

**Airport Realty, LLC**
**By its attorneys,**

**/s/Stephen A. Izzi**
**Thomas V. Moses (#2763)**
**Stephen A. Izzi (#2928)**
**Moses Afonso Jackvony, Ltd.**
**170 Westminster Street, Suite 201**
**Providence, Rhode Island 02903**
**Ph: (401) 453-3600**
**Fx: (401) 453-3604**
**sizzi@mosesafonso.com**

**Dated: May 30, 2007**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30, 2007, I served by electronic filing (ECF) a true copy of the within RULE 16 CONFERENCE STATEMENT OF AIRPOST ROAD, LLC to the following participants:

Gregory Piccirilli, Esq. and Joseph Sciacca, Esq.
gregory@splawri.com

John Longo, Esq.
jtlongo@yahoo.com

/s/Stephen A. Izzi
Stephen A. Izzi