UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Airport Road, LLC**,

Plaintiff,

vs. CA 07 085 ML

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe,** and
**Jay Bee Realty, LLC**.,

Defendants.

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe**,

Cross-Claim Plaintiffs,

vs.

**Jay Bee Realty, LLC**.,

Cross-Claim Defendant.

---

**Statement of the Case Pursuant to Local Rule 16**

**by Defendants Franken Realty, C.K. Wild, D. Laing and F. Rawcliffe**

## I. Facts

Airport Road sued the defendants alleging that pollution from a certain property owned by Jay Bee, and formerly owned by Franken, damaged its property. Franken denied the allegations and cross-claimed against Jay Bee claiming Jay Bee must defend and indemnify Franken.

## II. Elements Franken Must Prove

To prevail on its cross-claim, Franken must establish that the attached "Environmental Indemnification" agreement is valid, enforceable and that it obligates Jay Bee to defend and indemnify Franken for the claims raised in the original Complaint.

Franken Realty, Coval Kenneth Wild,
Doug Laing and Frank Rawcliffe,
By their Attorney,

/s/____________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on ____6/4/07_____ I electronically filed the above Statement with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System.

The following participants received notice electronically:

Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

The following participants were mailed notice via first class mail:

Thomas V. Moses
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903

Joseph Sciacca, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com

/s/______________________
John T. Longo, Esq./#4928
jtlongo@yahoo.com

# ENVIRONMENTAL INDEMNIFICATION

JAY BEE REALTY, LLC, a Rhode Island Limited Liability Company (hereinafter the "Buyer") enters into this agreement with Franken Realty, a Rhode Island General Partnership;

WHEREAS, Buyer desires to purchase and Seller desires to sell the real property located at 450 Pavilion Avenue, Warwick, Rhode Island;

WHEREAS, environmental site assessments of the property have revealed hazardous contaminants which were released on the property as a result of predecessors in interest commercial, industrial or business operations on the property; and

WHEREAS, Seller has provided to Buyer environmental site assessments of Sage Environmental, Inc., and Buyer has obtained a Bona Fide Purchaser Letter from Rhode Island Department of Environmental Management, the parties desire to proceed with a closing of the property subject to all environmental conditions;

NOW THEREFORE, in order to facilitate the sale of property to Buyer and for other good and valuable consideration, Buyer and Seller agree to the following:

1. Buyer agrees at its sole cost and expense to perform or cause to be performed all remediation as may be required by any federal or state agency which governs the revealed hazardous contaminants;

2. Seller warrants that it has no knowledge of any contaminants on the property, other than those contaminants previously disclosed to Buyer in the Sage Environmental, Inc.'s reports;

3. Buyer agrees to indemnify, defend and hold harmless Seller from and against all liabilities, damages, fees, penalties or losses arising out of any demand, claim or suit by any agency or other party relating to any hazardous contaminants on the property.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed this ____ day of January, 2007.

**Seller**, ~~FRANKLN~~ REALTY

Coval K. Wild, General Partner

**Buyer**, JAY BEE REALTY, LLC

~~Scott~~ Buontempo, Authorized Member