UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Airport Road, LLC**,

Plaintiff,

vs. CA 07 085 ML

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe,** and
**Jay Bee Realty, LLC**.,

Defendants.

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe**,

Cross-Claim Plaintiffs,

vs.

**Jay Bee Realty, LLC**.,

Cross-Claim Defendant.

---

**Answer**

**of Franken Realty, C.K. Wild, D. Laing and F. Rawcliffe**
**to Cross-Clam Asserted by Jay Bee Realty**

Now come the Defendants Franken Realty, C.K. Wild, D. Laing and F. Rawcliffe, in answer to the Cross-Clam asserted against them by Jay Bee Realty, and state as follows:

1. These Defendants deny the allegations contained in paragraph 89 of the Cross-Claim.

2. These Defendants neither admit nor deny the allegations contained in paragraph 90 of the Cross-Claim.

3. These Defendants deny the allegations contained in paragraph 91 of the Cross-Claim.

**Wherefore**, these Defendants request the Cross-Claim be denied and dismissed and that they be awarded costs and attorney fees.

Franken Realty, Coval Kenneth Wild,
Doug Laing and Frank Rawcliffe,
By their Attorney,

/s/_____________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Jury Trial**

These Defendants request a trial by jury on issues raised in the Cross-Claim.

/s/_____________________________

**Certification**

I certify that on ____7/13/07_____ I electronically filed the above Statement with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System.

The following participants received notice electronically:

Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

The following participants were mailed notice via first class mail:

Thomas V. Moses
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903

Joseph Sciacca, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com

/s/_______________________
John T. Longo, Esq./#4928
jtlongo@yahoo.com

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

**Airport Road, LLC**,

Plaintiff,

vs. CA 07 085 ML

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe,** and
**Jay Bee Realty, LLC**.,

Defendants.

**Franken Realty, Coval Kenneth Wild, Jr.,**
**Doug Laing and Frank Rawcliffe**,

Cross-Claim Plaintiffs,

vs.

**Jay Bee Realty, LLC**.,

Cross-Claim Defendant.

---

## Stipulation Extending Cross-Claim Answer Date

By agreement of the parties to the Cross-Claim, the time within which the Defendants Franken Realty, Coval Kenneth Wild, Doug Laing and Frank Rawcliffe, have to Answer the Cross-Claim is hereby extended through July 16, 2007.

JayBee Realty, LLC
By its attorney,

/s/____________________________

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

Franken Realty, Coval Kenneth Wild,
Doug Laing and Frank Rawcliffe,
By their Attorney,

/s/______________________________
John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 274-5433
jtlongo@yahoo.com

**Certification**

I certify that on ____7/13/07_____ I electronically filed the above Stipulation with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System.

The following participants received notice electronically:

Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue

Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

The following participants were mailed notice via first class mail:

Thomas V. Moses
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903

Joseph Sciacca, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com

/s/______________________

John T. Longo, Esq./#4928
jtlongo@yahoo.com