UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AIRPORT ROAD, LLC<br>Plaintiff<br><br>vs.<br><br>FRANKEN REALTY, COVAL KENNETH WILD, JR., DOUG LAING and FRANK RAWCLIFFE, and JAY BEE REALTY, LLC<br>Defendants | : | C.A. No. 07-085 ML |
| FRANKEN REALTY, COVAL KENNETH WILD, JR., DOUG LAING and FRANK RAWCLIFFE<br>Cross-Claim Plaintiffs<br><br>vs.<br><br>JAY BEE REALTY, LLC<br>Cross-Claim Defendant | : | |

**NOTICE OF ENTRY / WITHDRAWAL OF APPEARANCE**

I, Thomas C. Angelone, Esq., do hereby enter my appearance on behalf of Defendants, ***Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe***, in the above-captioned matter.

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

Dated: July 19, 2007

I, John T. Longo, Esq., do hereby withdraw my appearance on behalf of Defendants, ***Franken Realty, Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe***, in the above-captioned matter.

/s/ John T. Longo
John T. Longo, Esq. #4928
681 Smith Street
Providence, Rhode Island 02908
(401) 272-2177
*Fax* (401) 274-5433
jtlongo@yahoo.com

Dated: July 19, 2007

**CERTIFICATION**

I hereby certify that on this 19th day of July, 2007, I caused a copy of the within ***Notice of Entry / Withdrawal of Appearance*** to be electronically transmitted to:

Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

Gregory P. Piccirilli, Esq.
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02902
gregory@splawri.com

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908
jtlongo@yahoo.com

mailed by first class mail, postage prepaid to the following:

Thomas V. Moses, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903

/s/ Thomas C. Angelone
Thomas C. Angelone, Esq.