**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-085 ML** |
| | : | |
| **FRANKEN REALTY, COVAL** | : | |
| **KENNETH WILD, JR., DOUG LAING** | : | |
| **and FRANK RAWCLIFFE, and** | : | |
| **JAY BEE REALTY, LLC** | : | |
| **Defendants** | : | |

**AGREED JOINT MOTION FOR AN EXTENSION OF DISCOVERY DEADLINES**

Now come the Plaintiff and the Defendants, by and through their respective counsel, (the "Parties") and move this Honorable Court to extend certain deadlines relating to discovery as set fort in the Pretrial Order [Docket No. 17].

The Parties have worked diligently and cooperatively to conduct discovery. The Parties have not previously requested any extensions to the deadlines in the Pretrial Order [Docket No. 17].

The Parties met with Judge Magistrate Lovegreen on October 17, 2007 for mediation. At the conclusion of mediation, the Parties agreed to further explore resolution of this matter. The Parties have agreed to continue discussing a negotiated resolution of this matter. The Parties anticipate completing negotiations in the next sixty (60) days. The Parties wish to suspend discovery and concentrate on settlement during that time.

The Parties, therefore, jointly move to modify the deadlines stated in the Court's Scheduling Order [Docket No. 17] as outlined below:

All discovery will be closed by March 31, 2008. Plaintiff shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by January 15, 2008. Defendant shall make its expert witness disclosures as required by F.R.Civ.P. 26(a)(2) by February 18, 2008. Dispositive motions shall be filed by April 14, 2008.

Counsel shall file electronically, 30 days after a decision on any dispositive motion, or, if no dispositive motions are filed, by May 2, 2008, a pretrial memorandum.

/s/Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

/s/Stephen A. Izzi
Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
*Fax* (401) 453-3604
sizzi@mosesafonso.com

/s/Gregory P. Piccirilli
Gregory P. Piccirilli, Esq.#4582
Piccirilli & Sciacca
121 Phenix Avenue
Cranston, RI 02902
(401) 946-4900
Fax (401) 944-3250
gregory@splawri.com

The following participants were mailed notice via first class mail:

Thomas V. Moses, Esq. #
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903
tmoses@mosesafonso.com

Joseph Sciacca, Esq.
Piccirilli & Sciacca #3367
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com