**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC**<br>**Plaintiff**<br><br>**VS.**<br><br>**FRANKEN REALTY, a Rhode Island General Partnership consisting of Coval Kenneth Wild, Jr., Doug Laing and Frank Rawcliffe, and JAYBEE REALTY, LLC, a Rhode Island limited liability company**<br>**Defendants** | : | **C.A. No. 07-085ML** |
| **FRANKEN REALTY, Coval Kenneth Wild, Jr., Doug Laing, and Frank Rawcliffe**<br>**Cross-claim Plaintiffs and Defendants**<br><br>**VS.**<br><br>**JAYBEE REALTY, LLC, a Rhode Island limited liability company**<br>**Cross-claim Defendants and Plaintiffs** | : | |

**AGREED JOINT MOTION FOR AN EXTENSION OF TIME FOR TRIAL AND TO FILE PRE-TRIAL MEMORANDA**

Now come the Plaintiff and the Defendants, by and through their respective counsel, (the "Parties") and move this Honorable Court to extend time for trial and the filing of pre-trial memoranda of law as set forth in the Trial Notice dated May 28, 2008 [Docket entry 22], the final pre-trial conference [Docket entry 23], as well as jury selection.

The Parties continue discussing a negotiated resolution of this matter. The Parties request at least an additional sixty (60) days to engage in settlement discussions. The parties have

requested a new settlement conference be scheduled with the Court.

The Parties, therefore, jointly move to extend the date for trial by at least sixty (60)days from the date of this request, and to extend the dates for filing of pre-trial memoranda and jury selection by a like amount of time.

Plaintiff,
Airport Road, LLC
By its attorneys,

/s/Stephen A. Izzi, Esq.
Stephen A. Izzi, Esq.
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
sizzi@mosesafonso.com

Defendant,
JayBee Realty, LLC
By its attorneys,

/s/ Gregory P. Piccirilli
Gregory P. Piccirilli #4582
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
gregory@splawri.com

Defendants
FRANKEN REALTY, et al.
By its attorneys

/s/Thomas C. Angelone, Esq.
Thomas C. Angelone, Esq.
HODOSH, SPINELLA & ANGELONE, PC
One Turks Head Building, Suite 810
Providence, RI 02903
angelonelaw@aol.com