**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **AIRPORT ROAD, LLC** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-085 ML** |
| | : | |
| **FRANKEN REALTY, COVAL** | : | |
| **KENNETH WILD, JR., DOUG LAING** | : | |
| **and FRANK RAWCLIFFE, and** | : | |
| **JAY BEE REALTY, LLC** | : | |
| **Defendants** | : | |

**AGREED JOINT MOTION FOR AN EXTENSION OF DISCOVERY DEADLINES**

Now come the Plaintiff and the Defendants, by and through their respective counsel, (the "Parties") and move this Honorable Court to extend time for trial and the filing of pre-trial memoranda of law as set forth in the Trial Notice dated May 28, 2008 [Docket entry 22], the final pre-trial conference [Docket entry 23], as amended on June 2, 2008, as well as jury selection.

The Parties participated in a continued Settlement Conference with Magistrate Judge Martin on July 29, 2008. The Parties continue discussing a negotiated resolution of this matter. The Parties request an additional thirty (30) days to continue to engage in settlement discussions.

The Parties, therefore, jointly move to extend the date for trial by at least thirty (30) days from the date of this request, and to extend the dates for filing of pre-trial memoranda and jury selection by a like amount of time.

Plaintiff,
Airport Road, LLC
By its attorneys,

Defendant,
JayBee Realty, LLC
By its attorneys,

/s/Stephen A. Izzi
Stephen A. Izzi, Esq.
Moses & Afonso, Ltd.
170 Westminster Street, Suite 201
Providence, RI 02903
(401) 453-3600
Fax (401) 453-3604
sizzi@mosesafonso.com

/s/ Gregory P. Piccirilli
Gregory P. Piccirilli
SCIACCA & PICCIRILLI
121 Phenix Avenue
Cranston, RI 02920
gregory@splawri.com

Defendants
FRANKEN REALTY, et al.
By its attorneys,

/s/Thomas C. Angelone
Thomas C. Angelone, Esq. #1373
**HODOSH, SPINELLA & ANGELONE pc**
One Turks Head Place, Suite 810
Providence, Rhode Island 02903
(401) 274-0200
*Fax* (401) 274-7538
angelonelaw@aol.com

The following participants were mailed notice via first class mail:

Thomas V. Moses, Esq. #
Moses Afonso Jackvony, Ltd.
170 Westminster St., Suite 201
Providence, RI 02903
tmoses@mosesafonso.com

Joseph Sciacca, Esq.
Piccirilli & Sciacca #3367
121 Phenix Avenue
Cranston, RI 02920
(401) 946-4900
Fax (401) 944-3250
joseph@splawri.com